**DISTRICT COURT OF THE UNITED STATES OF AMERICA**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **Olivia L. Bays** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **5:23-cv-01519-FB-RBF** |
| | § | |
| **Sheriff Arnold Zwicke** | § | |
| **Guadalupe County Sheriff, Texas** | § | |
| *Defendants* | § | |

**ORDER ON DEFENDANT ARNOLD ZWICKE'S MOTION TO DISMISS**
**PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

BE IT REMEMBERED, that on the _____ day of _____, 2024, came on to be considered Defendant Guadalupe County Sheriff Arnold Zwicke's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) ("Motion"). The Court, having considered the Motion, the response and all pleadings on file in this case, is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss is HEREBY GRANTED and all Plaintiff's claims brought against Defendant Guadalupe County Sheriff Arnold Zwicke are HEREBY DISMISSED with prejudice.

SIGNED on _____, 20____.


_____
UNITED STATES DISTRICT JUDGE