**DISTRICT COURT OF THE UNITED STATES OF AMERICA**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Olivia L. Bays | § | |
|     *Plaintiff* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** |
| | § |   **5:23-cv-01519-FB-RBF** |
| | § | |
| Sheriff Arnold Zwicke | § | |
| Guadalupe County Sheriff, Texas | § | |
|     *Defendants* | § | |

## DEFENDANT ARNOLD ZWICKE'S REPLY TO PLAINTIFF'S RESPONSE TO THE MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Guadalupe County Sheriff Arnold Zwicke files this reply to Plaintiff's response to the motion to dismiss (Dkt. No. 15). Sheriff Zwicke incorporates all arguments filed in his Motion to Dismiss (Dkt. No. 11). Sheriff Zwicke asserts that this matter should be dismissed in its entirety and offers this additional reply.

## Statute of Limitations

Dismissal under Federal Rule of Civil Procedure 12(b)(6) is supported where Plaintiff failed to timely file a complaint within the statute of limitations as the action is barred and the pleadings fail to raise some basis for tolling or the like. *King-White v. Humble Indep. Sch. Dist.*, 803 F.3d 754, 758 (5th Cir. 2015). It is undisputed that Plaintiff had two years to file suit from the date her claim accrued. *Id*.; *see also*, Dkt. No. 1. Plaintiff's Complaint and her Response alleges that she was "detained at the Guadalupe County adult detention center between November 11, 2021 and December 5, 2021." Dkt. No. 15 at 1-2; *see also*, Dkt. No. 1 at ¶56 ("From the dates of November 10, 2021 to the plaintiff's release date of December 5, 2021…").

It is evident from Plaintiff's Complaint that she has failed to plead any specific allegations concerning her causes of action occurring during the two-year statute of limitations. *Id*. Plaintiff filed this lawsuit on December 11, 2023. Dkt. No. 1.  Pursuant to the Federal Rules of Civil Procedure, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3. The statute of limitations begins to run when the cause of action accrues. "Although state law governs the substantive limitation period, federal law determines when a civil rights action accrues and, therefore, when the statute of limitations begins to run." *Cardona v. Briones*, No. SA-11-CA-781-OG, 2012 WL 12897203, at *9–10 (W.D. Tex. Mar. 9, 2012), report and recommendation adopted, No. SA-11-CA-781-OG, 2012 WL 12898024 (W.D. Tex. Apr. 13, 2012)(quoting, in part, *Rubin v. O'Koren*, 621 F.2d 114, 116 (5th Cir. 1980) ("Although the appropriate statute of limitations period is derived from state statute, 'the question when a federal cause of action accrues is a matter of federal, not state law' ") (citations omitted), *on rehearing*, 644 F.2d 1023 (5th Cir. 1981). "Under federal law, a cause of action accrues the moment the plaintiff knows or has reason to know of the injury,' or when 'the plaintiff is in possession of the critical facts that he has been hurt and the defendant is involved." *Id*. (internal citations omitted). Pursuant to the Federal Rules of Civil Procedure, the day of the event is not counted.  Fed. R. Civ. P. 6(a)(1)(A).  Therefore, to the extent Plaintiff alleges conduct occurring on or before December 5, 2021, such allegations are time-barred, because to assert a cause of action based on such conduct Plaintiff needed to initiate a federal suit by December 6, 2023, and this action was not commenced until December 11, 2023.

For these reasons, Plaintiff's claims against Sheriff Zwicke must be dismissed.

Respectfully Submitted,

/s/ J. Eric Magee_____
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com

Susana Naranjo-Padron
SBN: 24105688
s.naranjo-padron@allison-bass.com
**ALLISON, BASS & MAGEE, L.L.P.**
1301 Nueces Street, Suite 201
Austin, Texas 78701
(512) 482-0701 telephone
(512) 480-0902 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of July 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have served a copy on Plaintiff via certified mail, return receipt requested.

Olivia Bays
6161 El Cajon Blvd., #805
San Diego, CA 92115
619-886-7315
PRO SE

/s/ J. Eric Magee_____
J. Eric Magee