**DISTRICT COURT OF THE UNITED STATES OF AMERICA**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **Olivia L. Bays** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **5:23-cv-01519-FB-RBF** |
| | § | |
| **Sheriff Arnold Zwicke** | § | |
| **Guadalupe County Sheriff, Texas** | § | |
| *Defendants* | § | |

## <u>SCHEDULING ORDER</u>

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following

Scheduling Order:

1. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by <u>**November 22, 2024**</u> and each opposing party shall respond, in writing, by <u>**December 19, 2024.**</u>

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by <u>**January 13, 2025.**</u>

3. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2) by <u>**January 15, 2025.**</u> Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by <u>**February 19, 2025.**</u>

4. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony not later than 14 days of receipt of the written report of the expert's proposed testimony, or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later.

5. The parties shall complete discovery on or before <u>**April 9, 2025.**</u> Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. The parties shall complete ADR in compliance with Rule CV-88 by **March 28, 2025.** A motion objecting to ADR must be filed not later than 60 days before that deadline.

7. All dispositive motions shall be filed not later than **May 7, 2025.** Dispositive motions and responses to dispositive motions shall be limited to 20 pages in length. Replies, if any, shall be limited to 10 pages in accordance with Local Rule CV-7.

8. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16 regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filings of matters in advance of trial.

9. Defense counsel corresponded with Pro Se Plaintiff to confer regarding the contents of the proposed scheduling order. Plaintiff advised that she filed for a continuance and is "medically ineligible to conduct legal matters."

SIGNED this _____ day of _____, 2024.


_____
**RICHARD B. FARRER**
**UNITED STATES DISTRICT JUDGE**